UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Renzer Bell

    Plaintiff,

-against-

John Carey, Dancy Auto Group, LLC d/b/a Dancy Power Auto Group, Dancy Auto Group of Great Neck, LLC, Great Neck Auto Sales, LLC, Macky Dancy Enterprises, LLC, Tyrone Hill, and Macky Dancy,

    Defendants.

Case No.: **18 CV 02846 (PAE)(OTW)**

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-8-19

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 29, 2018 with the filing of a Summons and Complaint, a copy of the Summons and Complaint was served on the defendant John Carey on May 23, 2019 by personally serving defendant John Carey C / O Certified Luxury Motors located at 105 Northern Boulevard, Great Neck, New York 11021, and on May 24, 2018 by personally serving defendant John Carey C / O Hyundai of Long Island City located at 34-54 44th Street, Long Island, New York 11101, and proof of such service thereof was filed on June 7, 2019 as docket nos. 17, and 18.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the defendant John Carey is hereby noted.

Dated: New York, New York
July 1, 2019

                                            **RUBY J. KRAJICK**
                                            **Clerk of the Court**

By:_____
                          Deputy Clerk

PRIORITY MAIL 1-DAY

PRIORITY MAIL

FROM: Renzey Bell
5136 Cleveland Road
Jacksonville, Florida 32209

Orders & Judgments
Clerk of Court
TO: US District Court
Southern District of New York
Daniel P. Moynihan US Courthouse
500 Pearl Street
Room 120
New York, New York 10007